IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KENNY DAVIS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00744-O-BP |
| | § | |
| **CRICKET WIRELESS,** | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Plaintiff's "Response," requesting to proceed without paying the applicable filing and administrative fees (ECF No. 5) is **DENIED**. It is further **ORDERED** that Plaintiff's case will be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) unless Plaintiff pays to the Clerk of the Court the $405.00 filing and administrative fee within fourteen (14) days after the date of this Order.

**SO ORDERED** on this **4th** day of **September, 2024.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE